Filed

06 AUG -1 PM 1:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

July 29, 2006

Honorable Court Clerk
Perry Mathis, U.S. District
Court For The Northern District
of Alabama — Rm 104
Federal Courthouse
1800 Fifth Avenue North
Birmingham, Alabama
35203-2195

From: James J. Hudnall, Sr.
AIS # 155690
H-2-E # 13-Cell
S.C.C.F. — 1000 St. Clair Road
Springville, Alabama 35146

RE: 42 USC 1983 — Hudnall
Truesdale — 7/29/06 Action

Dear Mr. Mathis,

I am in Administrative
Segregation p.c. to the
above connections.

Michael Terry Matthews, Clerk
M.D. U.S. Ct. - of Al.,
James J. Hedrick, Sr.
RE: HUDNALL V. TRUESDALE
— continued —

Facility, Carbon Papers are Refused me in this unit thou, per Orders of Warden Ralph Hooks hence this Request, Sincerely, to you to please Assist me in Copying the Enclosed Complaint for me, please, as I am indigent pro se plaintiff. I submit the only form that I have, unable to return a copy even for my records however the Seriousness of this Action and Regard to my denied parole I implore you to file ASAP. Thank you for your help in this regard,
Sir. Respectfully,
Ralph Hooks, Sr.

1983 Form

# In the United States District Court
# For the Northern District of Alabama

James J. Hudnall, Sr. #155690,
PLAINTIFF,

CV-06-PT-1501-M

(Enter above the full name(s) of the
plaintiff(s) in this action)

v.

Christine M. Truesdale,
DEFENDANT,

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:

      1. What steps did you take? _____
         _____

      2. What was the result? _____
         _____
         _____

   D. If your answer is NO, explain why not? ___N/A_____
      _____
      _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __JAMES J. KUONALL, Sr.__
      __AIS# 155690 - St. Clair CF__

      Address __1000 St. Clair Rd., Springville, Al., 35146__

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant CHRISTINE M. TRUESDAIE

is employed as _____

at _____

C. ~~Additional Defendants~~ Address P.O. Box 76 Billingsley, Alabama 36006

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

CHRISTINE M. TRUESDAIE HAS violated my Eighth Amendment Constitutional Rights by a Multitude of promises in which to help me in parole for the year 2006. None kept. She has in fact caused me to not be Reviewed for scheduled parole in May 2006 per Alabama Parole Board due to her wretched promised Commitments regarding my parole and using the Autauga County Health Departments records and letters, needs, phones, addresses, in regard to my

Carole. She has caused Attorneys that were to help me with Carole cease helping due to her deception, prevarications and misuse of the offices of the Autauga County Health Department where she is employed as a LPN.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Trial By Jury. Evidentiary Hearing ASAP to allow me to produce a huge amount of physical evidence to substantiate civil rights violations. A order for this court to order this courts clerk to mail to me in forma pauperis forms for filing fee ASAP. Punitive damage award of the sum of Three Million Dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29th 2006
(date)

_____
Signature(s)

- 4 -