# In the United States District Court
## For the Northern District of Alabama

CV-06-PT-1501-M

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, _James J. [illegible], Sr._, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (✓)

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

    _____
    _____

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

    _____
    _____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes ( )   No ( )
    b. Rent payments, interest or dividends?   Yes ( )   No (✓)
    c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
    d. Gifts or inheritancess?   Yes ( )   No (✓)
    e. Any other sources?   Yes ( )   No (✓)

    If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

    _____
    _____
    _____

3. Do you own cash, or do you have money in a checking or savings account?

    Yes ( )   No (✓)   (Include any funds in prison accounts.)

    If the answer is "Yes," state the total value of the items owned.

    _____
    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the poroperty and state its approximate value.
   _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   _____
   _____None_____
   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on __July 29th, 2006__
                         (date)

   _____
   Signature of Petitioner   James Hudnall

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.28¢__ on account to his credit at the __St. Clair C.F.__ institution where he is confined on this __7/31/06__.
                                                                        (date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $ __See__            on the 1st day of __See__
2. $ __attachment__     on the 1st day of __attachment__
3. $                    on the 1st day of
4. $                    on the 1st day of
5. $                    on the 1st day of
6. $                    on the 1st day of

_____
Authorized Officer of Institution

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  ST. CLAIR CORR FACILITY


AIS #: 155690      NAME: HUDNALL, JAMES              AS OF: 07/31/2006

                # OF      AVG DAILY       MONTHLY
    MONTH       DAYS      BALANCE         DEPOSITS
    ------------------------------------------------

    AUG         31        $0.31           $0.00
    SEP         30        $32.37          $569.00
    OCT         31        $160.65         $573.00
    NOV         30        $49.74          $722.00
    DEC         31        $0.38           $162.00
    JAN         31        $9.64           $258.00
    FEB         28        $0.28           $0.00
    MAR         31        $0.28           $0.00
    APR         30        $0.28           $0.00
    MAY         31        $0.28           $0.00
    JUN         30        $0.28           $0.00
    JUL         31        $0.28           $0.00
```