FILED
2006 Aug-25 PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN The U.S. District
Court For The Northern
District of Alabama

FILED
2006 AUG 22 PM 12: 38
DISTRICT COURT
N.D. OF ALABAMA

James J. Hannah Sr., Civil # CV-
Plaintiff                06 - PT-1501-
                            M

CHRISTINE MITHERS
LPE

    DEFENDANT.

         MOTION To Proceed

Comes Now the Plaintiff
in the Above Styled Civil
Action and Motion be-
fore This Honorable
Court and Moves
This Court Proceed
in This Law Suit

As Expeditiously as is possible, Plaintiff has provided this Court with all the Necessary information regarding filing fee and cannot understand what the delay is. Done this the 19th Day August 2006.

Respectfully Submitted,

JAMES J. HEARN
#155690
H-2-E-13
S.C.C.F.
10000 St. Clair Rd.
Springville, AL.

Certificate of Service

I hereby Certify I have Mailed Defendant a True Copy of the afore documented Motion this the 22nd Day of August 2006, to the below Address,

√ Address,

Christie M. Drasdale
Po. Box 76
Billingsley, Al.
36006

Respectfully Submitted,

_[signature]_

James J. Kendall, Sr.
# 155690
H-2-E, # 13
Staff, 7000
St. Clair CF.
Springville, Al.
35146