IN The U.S. District Court for N.D. of Alabama

James T. Hudwell, Sr.,
  Plaintiff,

v.

Christine McDrindale,
  Defendant,

CV# 4:06-CV-01501-RBP
JEO

OBJECTIONS TO Magistrate OJ's Recommendation

Comes now the Plaintiff in above styled Motion and Case Number with his objections to Magistrate OJ's Recommendation to transfer this case to the Middle District of Alabama, outlined in his Sworn Affidavit in support.

Done this the 28th day of August, 2006.

Respectfully Submitted,

James J. Hudnall, Sr.

## Certificate of Service

I hereby certify I have mailed a true copy of the foregoing this the 28th day of August, 2006, to the Defendant.

Respectfully Submitted,

James J. Hudnall, Sr.

## Affidavit of James J. Hudnall, Sr.

My name is James J. Hudnall, Sr., and I file this sworn Affidavit in support of my Objections to Magistrate

The Affidavit of James J. Hudnall

Of 8's Documentation of 8-18-06 in Civil Action Number 4:06-CV-0150-RBP-RO. The violations occurred during numerous visits on the visiting yard at St. Clair Correctional Facility located in St. Clair County, Alabama. Hence Jurisdiction is to this Court. Pursuant to 28 USC 1746 I Swear under penalty of perjury the foregoing True and Correct. Done this the 2nd day of August 2006. —

See — 28 U.S.C. 1391(b)
Jones V. Bates, 58 F.R.D. 453 (M.D. Ga. 1972) Aff'd;
480 F.2d 805 (5th Cir. 1973);
Daugherty V. Procunier, 456 F.2d 97 (9th Cir. 1972).

where "a substantial part of the events or omissions giving rise to the claim occurred." I meet the criteria and Jurisdiction is with this Court.

Respectfully submitted,

James J. Hudnall
#158690
S.C.C.F. — 100
St. Clair Road
Springville, Alabama
35146