Case 2:06-cv-01501-HRB-PM Document 6 Filed 09/13/2006 Page 1 of 1

FILED
2006 Sep-13 PM 05:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

2006 SEP 13 PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

September 06/06

To: Clerk Sharon N. Harris
Clerk of Court for U.S. District
Court for Northern
District of Alabama 35203

From: James T. Hudnall, Sr.
#155690
13-U-1-cell
Holman Unit
Holman 3700
Atmore AL 36503

Re: Hudnall v Trussdell
Case # CV-06-PT-1501-M

Be Advised that my
New Address is as is
above.

Respectfully,

[signature]

cc: file