FILED
2006 Sep-21 PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JAMES J. HUDNALL, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 4:06-cv-01501-RBP |
| | ) |
| CHRISTINE M. TRUESDALE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The magistrate judge filed a report on August 18, 2006, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. The plaintiff submitted objections on August 29, 2006.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this

---

[1] This is an action in which the plaintiff contends that the defendant has either interfered with or failed to assist in his efforts to obtain parole before the Alabama Parole Board, which is located in the Middle District. In his objections, the plaintiff makes the vague allegation that the "violations occurred during numerous visits on the visiting yard at St. Clair Correctional Facility." (Doc. 5). The plaintiff's general contentions in that regard are not sufficient to overcome the specific fact that the sole defendant in this cause is a public official employed at the Autauga County Health Department, which is also located in the Middle District.

case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE**, this the 21st day of September, 2006.

                              _____
                              **ROBERT B. PROPST**
                              **SENIOR UNITED STATES DISTRICT JUDGE**