IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES J. HUDNALL, SR., #155 690        *

    Plaintiff,        *

        v.        *        2:06-CV-910-MHT

CHRISTINE M. TURESDALE        *

    Defendant.        *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's August 22, 2006 pleading, construed as a motion for status, and for good cause, it is

ORDERED that the motion (Doc. No. 4) is GRANTED. The Clerk is DIRECTED to furnish Plaintiff with a copy of the docket sheet in the above-referenced case.

Done this 17th day of October 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE