IN The U.S. District Court
For the Middle District of Alabama

JAMES J. HUDNALL, Sr.,
    Plaintiff
vs.                                CIVIL ACTION # 2:06-
                                   CV-910-MHT
CHRISTINE M. Ries-                 (WO)
dale,
    Defendant.

## Motion to Dismiss

Comes Now the Plaintiff in the above styled Motion and Civil Action before this Honorable Court and moves this Motion be granted for all reasons outlined in Plaintiff's Sworn Affidavit in Support. Done this the 19th day of October 2006.

Respectfully Submitted,

_[signature]_ Sr.

Affidavit of James J. Hudnall Sr.

I, My name is James Joseph Hudnall, Sr., AIS #

# Affidavit of James J. Hudnall, Sr.

155690, incarcerated at the Fourth C.F., Atmore, Alabama and I submit in support of my motion to dismiss this civil due to this action does not in any way belong in this particular court, instead should have never been transferred from the U.S. District Court for the Northern District of Alabama. That particular court totally misconstrued the fact I was in no way whatsoever ever suing the Autauga County Health Department, this is simply where Ms. Onesdale was employed, all civil rights violations occurred at the St. Clair C.F. Virtues, and hence this Actions jurisdiction does so remain with the Northern District of Alabama. Since I had the true misfortune to learn who the Honorable U.S.

III. Affidavit of James J. Fethell, Sr.

Magistrate, Vanzetta Penn McPherson is, and to have beared witness to, her severly gross prejudicial and bias rulings against me, in no way do I want this case before her, and I reiterate, jurisdiction does not lie in the Middle District, and due to the fact that I have for so given to Atty U.S. Truedale for the matters she firsr of which was originally filed, move this action be dismissed pursuant thy Allow.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct done this the 19th day of October, 2006.

Respectfully Submitted,

_____

Certificate of Service

I hereby certify that I have placed in the U.S. Mail postage prepaid, a copy of the foregoing this the 23rd day of October 2006 to the defendants below.

Address:
Christine W. Truesdale
P.O. Box 76
Billingsley, Alabama 36006

Respectfully Submitted,

[signature]

James J. Avondale
#175690
Draper C.F.
Elmore 3799
Elmore, Alabama 36025