IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155 690 | * |
| Plaintiff, | * |
| v. | *    2:06-CV-910-MHT |
| CHRISTINE M. TRUESDALE | * |
| Defendant. | * |

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered on October 17, 2006 (Doc. No. 8) be and is hereby VACATED.

Done, this 7th day of November 2006.

                                                                 /s/Charles S. Coody
                                                           CHARLES S. COODY
                                                           CHIEF UNITED STATES MAGISTRATE JUDGE